IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>WILSON BRYANT, JR., )<br>)<br>Defendant/Movant. ) | Case No. 1:96-CR-23-RBP-TMP |

**O R D E R**

On April 19, 2005, the magistrate judge entered his report and recommendation, recommending that the defendant's Rule 60(b) motion be denied. Defendant filed objections on May 5, 2005.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the defendant's objection thereto, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the defendant's Rule 60(b) motion filed in the above-styled cause is due to be and the same is hereby **DENIED**.

**DONE** and **ORDERED** this 20th day of July, 2005.

*[signature]*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**